1  **LAW AND MEDIATION OFFICE OF RICHARD PARIS**
    Richard Paris, California Bar No. 152350
2   324 Knight Drive
    San Rafael, CA 94901
3   Telephone: (415) 456-0678
    Facsimile: (415) 256-9957
4
    Attorneys for Plaintiffs WILLIAM and
5   VERONICA FORD

6

7                       UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9

| WILLIAM FORD, VERONICA FORD | Case No. C 08 4276-SC |
|---|---|
| Plaintiffs, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |
| WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK N.A., ELIZABETH A. MARQUEZ, AND DOES 1 THOURGH 50, INCLUSIVE | |
| Defendants. | |

17      This Stipulation is entered into by Plaintiffs WILLIAM and VERONICA
18  FORD ("Plaintiffs") and Defendants WELLS FARGO HOME MORTGAGE, a division
19  of WELLS FARGO BANK N.A. (collectively "Wells Fargo").
20      WHEREAS, Plaintiffs filed their Complaint in State Court.
21      WHEREAS, on September 10, 2008, Wells Fargo removed this action to
22  federal court.
23      WHEREAS, pursuant to the Court's Scheduling Order, the Initial Scheduling
24  Conference is set for December 19, 2008. Accordingly, the parties are required to
25  hold their Fed. R. Civ. P. 26(f) conference and prepare and submit to the Court a joint
26  status report that includes a Rule 26(f) discovery plan by December 12, 2008.
27      WHEREAS, Wells Fargo filed a Motion to Dismiss pursuant to Fed. R. Civ. P.
28  12(b)(6), seeking a complete dismissal of all Plaintiffs' claims.

1  WHEREAS, the pending Motion to Dismiss will determine the scope and
2 extent of discovery, if any, needed in this action.

3  WHEREAS, the Court has now taken Wells Fargo's Motion to Dismiss under
4 advisement, vacating the hearing date of November 21, 2008.

5  WHEREAS, the parties agree that good cause exists for continuing the Initial
6 Status Conference since conducting a Rule 26(f) conference, exchanging Rule 26(a)
7 initial disclosures and preparing a joint status report at this time would be terribly
8 inefficient, as it is unknown what claims, if any, will remain following the Court's
9 ruling on Wells Fargo's Motion to Dismiss, when such Order will be entered such
10 that discovery in this action could be commenced, and the extent of any discovery
11 that is necessary in this action, and that setting informed deadlines for discovery,
12 dispositive motions, or trial would be difficult at this time.

13  NOW, THEREFORE, Plaintiffs and Wells Fargo, through their respective
14 counsel of record, hereby stipulate and respectfully request that the Court continue the
15 Initial Status Conference until January 19, 2009, or as soon thereafter as may be set
16 by the Court.

17  This stipulation is without prejudice to the rights, claims, defenses and arguments of
18 all parties.

19 **IT IS SO STIPULATED.**

20 Dated: November 24, 2008            **LAW AND MEDIATION OFFICE OF**
                                       **RICHARD PARIS**

22                                     By:
23                                     /s/
                                           Richard Paris
24                                     Attorneys for Plaintiffs WILLIAM and
                                       VERONICA FORD

25 Dated:  November 24, 2008

26                                     **SEVERSON & WERSON, P.C.**

27                                     By:
28                                         /s/

1  
2       Joshua E. Whitehair  
         Attorneys for Defendants  
3       WELLS FARGO HOME MORTGAGE,  
         WELLS FARGO BANK, N.A.  
4  
5  
6  **Pursuant to the Stipulation, IT IS SO ORDERED.**  
7  
   11/25/08  
8  _____         _____  
   Date                                    SAMUEL CONTI  
9                                            UNITED STATES

DENIED

Judge Samuel Conti

Richard Paris, CSB # 152350
Law and Mediation Office of Richard Paris
324 Knight Drive
San Rafael, California 94901
Phone: 415-456-0678
Fax:    415-256-9957


Attorney for Plaintiffs,
WILLIAM and VERONICA FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FORD, VERONICA FORD, | Case No.: C 08 4276-SC |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | |
| WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK N.A., ELIZABETH A. MARQUEZ, and DOES 1 THROUGH 50, INCLUSIVE, | |
| Defendant | |

     I am employed in the City and County of Marin County, State of California.  I am over the age of 18 and not a party to the within action. My business address is 324 Knight Drive, San Rafael, CA, 94901.

     On November 24, 2008, I caused to be served on the interested parties in said action the within

1. STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL SCHEDULING CONFERENCE to

1
2
3

          Joshua E. Whitehair
          Severson & Werson
          One Embarcadero Center, Suite 2600
          San Francisco, CA  94111

4  Executed on November 24, 2008, in San Rafael, California.

5

6            /s/_____
          Richard Paris

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28