**LAW AND MEDIATION OFFICE OF RICHARD PARIS**
Richard Paris, California Bar No. 152350
324 Knight Drive
San Rafael, CA 94901
Telephone:  (415) 456-0678
Facsimile:  (415) 256-9957

Attorneys for Plaintiffs WILLIAM and
VERONICA FORD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FORD, VERONICA FORD<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK N.A., ELIZABETH A. MARQUEZ, AND DOES 1 THROUGH 50, INCLUSIVE<br><br>Defendants. | Case No.  C 08 4276-SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

This Stipulation is entered into by Plaintiffs WILLIAM and VERONICA FORD ("Plaintiffs") and Defendants WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK N.A. (collectively "Wells Fargo").

A status conference is scheduled for December 19, 2008 at 10:00 a.m.  The parties hereby stipulate to a continuance to January 23, 2009 at 10:00 a.m. in Courtroom 1 as the case has settled and there are no pending issues.  A continuance is needed to provide the time to draft and execute the settlement agreement.

WHEREAS, the parties agree that good cause exists for continuing the Status Conference:

NOW, THEREFORE, Plaintiffs and Wells Fargo, through their respective counsel of record, hereby stipulate and respectfully request that the Court continue the Status Conference until January 23, 2009, or as soon thereafter as may be set by the Court.

1     This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties.

**IT IS SO STIPULATED.**

Dated: December 17, 2008     **LAW AND MEDIATION OFFICE OF RICHARD PARIS**

By: /s/_____
    Richard Paris
Attorneys for Plaintiffs WILLIAM and VERONICA FORD

Dated:  December 17, 2008     **SEVERSON & WERSON, P.C.**

By:  /s/_____
    Joshua E. Whitehair
Attorneys for Defendants
WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK, N.A.

**Pursuant to the Stipulation, IT IS SO ORDERED.**

    12/17/08
Date                                   SAMUEL CONTI
                                             UNITED STATES DISTRICT JUDGE

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" stamp with signature of Judge Samuel Conti]*

Richard Paris, CSB # 152350
Law and Mediation Office of Richard Paris
324 Knight Drive
San Rafael, California 94901
Phone: 415-456-0678
Fax:    415-256-9957


Attorney for Plaintiffs,
WILLIAM and VERONICA FORD


# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FORD, VERONICA FORD,<br><br>         Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK N.A., ELIZABETH A. MARQUEZ, and DOES 1 THROUGH 50, INCLUSIVE,<br><br>         Defendant | Case No.: C 08 4276-SC<br><br>**CERTIFICATE OF SERVICE** |

   I am employed in the City and County of Marin County, State of California.  I am over the age of 18 and not a party to the within action. My business address is 324 Knight Drive, San Rafael, CA, 94901.

   On December 17, 2008, I caused to be served on the interested parties in said action the within:

   1. STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE, to

1
2
3
       Joshua E. Whitehair
       Severson & Werson
       One Embarcadero Center, Suite 2600
       San Francisco, CA  94111

4 Executed on December 17, 2008, in San Rafael, California.

5
6          /s/_____
         Richard Paris

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28