**LAW AND MEDIATION OFFICE OF RICHARD PARIS**
Richard Paris, California Bar No. 152350
324 Knight Drive
San Rafael, CA 94901
Telephone: (415) 456-0678
Facsimile: (415) 256-9957

Attorneys for Plaintiffs WILLIAM and
VERONICA FORD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FORD, VERONICA FORD<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK N.A., ELIZABETH A. MARQUEZ, AND DOES 1 THROUGH 50, INCLUSIVE<br><br>Defendants. | Case No. C 08 4276-SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE** |

    This Stipulation is entered into by Plaintiffs WILLIAM and VERONICA FORD ("Plaintiffs") and Defendants WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A. (collectively "Wells Fargo").

    A status conference is scheduled for January 23, 2009 at 10:00 a.m. The parties hereby stipulate to a continuance to March 20, 2009, at 10:00 a.m. in Courtroom 1 as the case has settled and there are no pending issues. A continuance is needed to provide the time to draft and execute the settlement agreement.

    WHEREAS, the parties agree that good cause exists for continuing the Status Conference and that this will be their final request for a continuance of the Status Conference and that if the case is still pending at that time, they will appear on March 20th, at which day and time, a trial date will be selected.

    NOW, THEREFORE, Plaintiffs and Wells Fargo, through their respective counsel of record,

1  hereby stipulate and respectfully request that the Court continue the Status Conference until March
2  20, 2009, or as soon thereafter as may be set by the Court.
3       This stipulation is without prejudice to the rights, claims, defenses and arguments of all
4  parties.

6  **IT IS SO STIPULATED.**

7  Dated: January 21, 2009         **LAW AND MEDIATION OFFICE OF RICHARD PARIS**

            By: /s/ *Richard Paris*
            _____
               Richard Paris
            Attorneys for Plaintiffs WILLIAM and
            VERONICA FORD

12 Dated:  January 22, 2009        **SEVERSON & WERSON, P.C.**

            By: /s/ *Joshua E. Whitehair*
            _____
               Joshua E. Whitehair
            Attorneys for Defendants
            WELLS FARGO HOME MORTGAGE, WELLS
            FARGO BANK, N.A.

19 **Pursuant to the Stipulation, IT IS SO ORDERED.**

21    January 22, 2009           _____
      Date                        SAMUEL CONTI
                                  UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*