**LAW AND MEDIATION OFFICE OF RICHARD PARIS**
Richard Paris, California Bar No. 152350
324 Knight Drive
San Rafael, CA 94901
Telephone: (415) 456-0678
Facsimile: (415) 256-9957

Attorneys for Plaintiffs WILLIAM and VERONICA FORD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FORD, VERONICA FORD<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK N.A., ELIZABETH A. MARQUEZ, AND DOES 1 THOURGH 50, INCLUSIVE<br><br>Defendants. | Case No. C 08 4276-SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiffs William and Veronica Ford voluntarily dismiss the above-captioned action with prejudice.

Dated: February 14, 2009

**LAW AND MEDIATION OFFICE OF RICHARD PARIS**

By:
/s/_____
Richard Paris
Attorney for Plaintiffs WILLIAM and VERONICA FORD

*[Court seal: IT IS SO ORDERED — Judge Samuel Conti]*

1

1  Richard Paris, CSB # 152350
   Law and Mediation Office of Richard Paris
2  324 Knight Drive
   San Rafael, California 94901
3  Phone: 415-456-0678
4  Fax:    415-256-9957

5

6  Attorney for Plaintiffs,
   WILLIAM and VERONICA FORD

7

8

9                              UNITED STATES DISTRICT COURT

10                             NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | WILLIAM FORD, VERONICA FORD,    ) Case No.: C 08 4276-SC
   |                                 )
14 |          Plaintiffs,            ) **CERTIFICATE OF SERVICE**
   |                                 )
15 |     vs.                         )
   |                                 )
16 | WELLS FARGO HOME MORTGAGE,      )
   | WELLS FARGO BANK N.A., ELIZABETH)
17 | A. MARQUEZ, and DOES 1 THROUGH 50,)
18 | INCLUSIVE,                      )
   |                                 )
19 |          Defendant              )
   |                                 )
20 |_____)

21        I am employed in the City and County of Marin County, State of California.  I am over the

22 age of 18 and not a party to the within action.  My business address is 324 Knight Drive, San Rafael,

23
   CA, 94901.
24
          On February 14, 2009, I caused to be served on the interested parties in said action the within
25
   NOTICE OF VOLUNTARY DISMISSAL to:
26
27                         Joshua E. Whitehair
                           Severson & Werson
28                         One Embarcadero Center, Suite 2600

                                        - 1 -
                         CERTIFICATE OF SERVICE OF VOLUNTARY DISMISSAL

San Francisco, CA  94111
jew@severson.com

Executed on February 14, 2009, in San Rafael, California.


/s/_____
Richard Paris